FILED
2009 Sep-30 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $4,601.00 in UNITED STATES ) <br> CURRENCY, and ) <br> ) <br> $1,357.00 in UNITED STATES ) <br> CURRENCY, and ) <br> ) <br> Defendants. ) | No. _____ <br><br> **JURY TRIAL DEMANDED** |

### <u>VERIFIED COMPLAINT FOR FORFEITURE IN REM</u>

Comes now the United States of America, by and through its counsel, and respectfully presents to this Court the following:

1. This is a civil action *in rem* for forfeiture of $4,601.00 in United States Currency and $1,357.00 in United States Currency (collectively the "Defendant Currency") pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. This Court has *in rem* jurisdiction over the Defendant Currency pursuant to 28 U.S.C. § 1355.

4. This Court has venue over this action pursuant to 21 U.S.C. § 881(j)

and 28 U.S.C. §§ 1355 and 1395.

5.   An investigation by the United States Drug Enforcement Administration ("DEA") has revealed the following:

(a) That from around 2008 to the present, Francisco Bautista-Duenas, Leonel Soto, Anne Woods, Richard Ray Oldham, and others have been a part of an organization (the "Organization") responsible for trafficking large quantities of cocaine, methamphetamine, and marijuana in Chilton, Jefferson, and Shelby County, Alabama, as well as numerous areas outside the State.

(b) The Organization's narcotics activities include, but are not limited to, the following examples:

- Between September and November 2008, Oldham sold approximately 250 pounds of marijuana to DEA cooperators from his residence at 108 Wildwood Drive, Trussville, Alabama.

- On or around November 19, 2008, Oldham distributed 25 pounds of marijuana to DEA cooperators from his Trussville residence.

- In or around January 2009, Bautista-Duenas sent members of the Organization, including Woods, from Alabama to a residence in North Carolina to sell and deliver cocaine on behalf of Bautista-Duenas and the Organization;

- Also in or around January 2009, Oldham purchased approximately 50 pounds of marijuana from Bautista-Duenas for sale and distribution. Woods acted as a courier for this transaction; and

- In or around January and February 2009, Oldham communicated with Organization members about additional marijuana purchases and sales.

(c) On or around April 30, 2009, the DEA executed a federal arrest warrant for Oldham for conspiracy to distribute 50 grams or more of methamphetamine, five kilograms of cocaine, and 100 kilograms of marijuana. The agents also executed a search warrant for Oldham's Trussville residence.

(d) After the agents arrested Oldham and advised him of his *Miranda* rights, he informed them that he had marijuana and money in his bedroom.

(e) The agents searched Oldham's bedroom and located a vacuum-sealed bag of marijuana and, next to it, a vacuum-sealed bag containing the Defendant $4,601.00 in United States Currency. Also inside this second bag were hand-written notes consistent with a drug ledger.

(f) The agents also searched Oldham's person at the time of his arrest and found the Defendant $1,357.00 in United States Currency in his pants pocket.

6. Cocaine, methamphetamine, and marijuana are controlled substances

under 21 U.S.C. § 801 *et seq.*

7. The Defendant Currency represents or is derived from proceeds traceable to an exchange for a controlled substance that is in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

8. The Defendant Currency is within the jurisdiction of the United States District Court for the Northern District of Alabama.

9. The names and addresses of possible claimants known to the United States are as follows:

| | |
|---|---|
| Richard Ray Oldham<br>c/o his attorney, Richard Sandefer, Esq.<br>4094 Spring Street<br>P.O. Box 386<br>Pinson, Alabama 35126 | Richard Ray Oldham<br>108 Wildwood Drive,<br>Trussville, Alabama 35173 |

**[Continued on Following Page]**

WHEREFORE, the United States requests that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; that this matter be tried before a jury; that the Defendant Currency be condemned and forfeited to the United States for disposition according to law; and for such other and further relief as this Court may deem just and proper.

JOYCE WHITE VANCE
United States Attorney

THOMAS E. BORTON
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2131
Thomas.Borton@usdoj.gov

## VERIFICATION

I, JAMES L. WIGLEY, JR., am a Task Force Agent of the United States Drug Enforcement Administration ("DEA") and one of the investigators assigned to the investigation of this case. I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and the statements contained therein are true to the best of my knowledge and belief. I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on the following:

a. Information provided to me by other law enforcement officers who have participated in the investigation of Richard Ray Oldham and the named Defendant;

b. My participation in the investigation of Richard Ray Oldham and the named Defendant;

c. My experience in investigation of illegal drug trafficking and the experience of other law enforcement officers related to illegal drug investigations.

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 29th day of September 2009.

_____
JAMES L. WIGLEY, JR.
Task Force Agent
Drug Enforcement Administration