IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action Number |
| vs. | ) | **2:09-cv-01936-AKK** |
| | ) | |
| **$4,601.00 in UNITED STATES CURRENCY and $1,357.00 in UNITED STATES CURRENCY,** | ) ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Before the court is the government's December 8, 2010 status report. Doc. 16. This case currently awaits the adjudication of Claimant Richard Ray Oldham's ongoing criminal prosecution. In light of the stagnant nature of the criminal case, the court now VACATES its June 11, 2010 order, (doc.12), to prevent the government's recurring expenditure of resources to keep the court informed of Mr. Oldham's criminal case. Instead, the court DISMISSES this case without prejudice, to allow the government to reinstate this action once it resolves Mr. Oldham's criminal charges.

DONE this 13th day of December, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE